IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KETANKUMAR CHAUDHARI, a/k/a Ken,<br>RASHMI SAMANI, a/k/a Falguni Samani,<br>AMIT P. CHAUDHARI,<br>AMIT B. CHAUDHARI, a/k/a Matt, and<br>MAHESHKUMAR CHAUDHARI, a/k/a Mahesh,<br><br>    Defendants. | 4:25CR3071<br><br>GOVERNMENT'S MOTION FOR SPEEDY TRIAL EXEMPTION |

COMES NOW the plaintiff, United States of America, and moves the Court for an Order deeming this case unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(ii) and thus exempt from the Speedy Trial Act. In support of said Motion, the United States shows the Court as follows:

1. Throughout the investigation of this matter, search warrants have been received for numerous electronic devices resulting in a large quantity of electronic data to be reviewed. As recently as August 12, 2025, additional search warrants were executed, which resulted in the seizure of numerous electronics and surveillance systems. Additionally, much of the cell phone data is in a foreign language. Accordingly, additional time is needed for its parsing, review, and production as evidence.

2. On August 19, 2025, a 24 count Indictment was returned. (Filing No. 67). Some of the counts charged include the possibility of life. Additionally, there are multiple conspiracies alleged.

3. Based on the magnitude of and continuing nature of this investigation, as well as the voluminous data to be duplicated, documented and reviewed, additional time will be necessary for the Government to provide the discovery to the Defendant and comply with its obligations under

Rule 16 of the Federal Rules of Criminal Procedure. Additional time will also likely be needed for the defense to review the voluminous evidence, such additional time should be allowed based upon the seriousness of the allegations and possible penalties facing the Defendant.

4. Accordingly, the Government is requesting that this case be deemed "unusual and complex" under 18 U.S.C. § 3161(h)(7)(ii). Additionally, the Government is requesting that this Court set this matter for a status conference in 60 days instead of setting a pretrial motions deadline or trial date at this time.

5. The undersigned has reached out to all defense counsel of record, shortly after the indictment was filed, but has not heard back regarding their position on this motion at this time.

WHEREFORE, the United States respectfully request this Court enter an Order deeming this case unusual and complex and exempt from the time restrictions of the Speedy Trial Act for the time being.

Dated this 20th day of August, 2025.

Respectfully submitted,

Lesley A. Woods
United States Attorney
District of Nebraska

By:   s/ *Danielle Fliam*
      Danielle Fliam, #25658
      Assistant U.S. Attorney
      487 Federal Building
      100 Centennial Mall North
      Lincoln, NE  68508
      Tel:  (402) 437-5241
      E-mail:  danielle.fliam@usdoj.gov