IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KETANKUMAR CHAUDHARI, a/k/a Ken,<br>RASHMI SAMANI, a/k/a Falguni Samani,<br>AMIT P. CHAUDHARI,<br>AMIT B. CHAUDHARI, a/k/a Matt, and<br>MAHESHKUMAR CHAUDHARI a/k/a<br>Mahesh,<br><br>　　　　　Defendants. | 4:25CR3071<br><br>MOTION FOR PROTECTIVE ORDER |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney for the District of Nebraska, pursuant to Rule 16(d)(1), and moves this Court for a protective order regarding discovery. In furtherance of the motion, the United States shows the Court as follows:

1. The discovery materials the government will produce is voluminous and includes information from mobile phone extractions, social media companies, and bank records. Much of the evidence is comingled. For example, bank information shows up not just in bank records, but also in media saved in the cell phones. The same is true with various records of third parties, such as immigration documents. The government has done its best to redact as much information as possible. However, when it comes to the electronic records, redaction of that material is not pragmatically feasible. Thus, the electronic discovery will contain personal identification information that should be protected.

2. Beyond personal identification information, discovery materials in this case encompass sensitive topics spanning, among other things, sexual violence, financial status, addiction, and lawful presence. Widespread sharing of that information would serve no purpose but to embarrass or harass individuals who are not legal parties to this case.

3. Defense counsel will need to review the discovery materials with the Defendants in order to perform their duties. The requested protective order will allow defense counsel to review the discovery materials with the Defendant but would prohibit the Defendant from retaining a copy of the discovery materials and would prohibit defense counsel from disseminating copies to anyone outside of their office or their staff, without first obtaining the Court's permission to do so. The requested protective order would prohibit defense counsel from allowing people such as their staff or interpreters from retaining a copy.

WHEREFORE the United States respectfully requests that the Court enter a protective order regarding the discovery materials in this case.

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:    s/ *Danielle Fliam*
DANIELLE FLIAM, #25658
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE  68508
Tel:  (402) 437-5241
Fax:  (402) 437-5390
E-mail:  danielle.fliam@usdoj.gov