IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>KETANKUMAR CHAUDHARI, RASHMI SAMANI, AMIT P. CHAUDHARI, AMIT B. CHAUDHARI, and MAHESHKUMAR CHAUDHARI,<br><br>　　　　　　　Defendants. | 4:25CR3071<br><br>PROTECTIVE ORDER |

　　　　Before the Court is the Government's Motion for Protective Order (Filing No. 98). The Court has been advised that no defendants oppose this motion. Accordingly,

　　　　IT IS ORDERED:

1. The Government's Motion for Protective Order (Filing No. 98) is granted.

2. Disclosure of discovery materials to Defendants and their counsel containing personal identification information (PII) is permissible.

3. Defendants' counsel and Defendants shall not disclose discovery materials or use the information for any purpose other than presenting this lawsuit without further order of the Court. Defendants' counsel can review the discovery materials with their respective clients but cannot provide Defendants a copy of the discovery materials absent court order. In addition, Defendants' counsel cannot disseminate copies of discovery to anyone outside of their office, staff, or interpreters without first obtaining the Court's permission to do so. Interpreters and staff outside of Defendant's counsel's office may not retain a copy of any discovery without obtaining court approval to do so.

　　　　Dated this 30th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge