IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KETANKUMAR CHUADHARI,<br>RASHMI SAMANI,<br>AMIT P. CHAUDHARI,<br>AMIT B. CHAUDHARI, AND<br>MAHESHKUMAR CHAUDHARI<br><br>　　　　　Defendants. | 4:25CR3071<br><br>OBJECTION |

COMES NOW the United States of America, by and through the United States Attorney for the District of Nebraska and the undersigned Assistant United States Attorney, and respectfully objects to paragraph 2) f. of the Court's order filed on November 10, 2025, at Filing No. 122. Paragraph 2. Subsection f of that order provides "The Government shall bear the transcript costs, and any reasonable travel and subsistence expenses as set forth by Rule 15(d)." The government respectfully objects to the portion of the order requiring the government to pay for reasonable travel and subsistence expenses of the defendants' attorneys to attend the deposition. In support of its objection, the government shows as follows.

1. Federal Rule of Criminal Procedure 15(d)(1) provides if the deposition was requested by the government, the court may - or if the defendant is unable to bear the deposition expenses, the court must - order the government to pay any reasonable travel and subsistence expenses of the defendant and the defendant's attorney to attend the deposition.

1

2. None of the defendants have made any showing that they are unable to bear the deposition expenses, so such an order is discretionary.

3. All five defendants are in custody, so the government is already coordinating and paying for the expenses of getting all defendants to the deposition, as well as ensuring they remain safe and secure and that the public remains safe and secure during the deposition.

4. The defendants have all elected to hire attorneys. See Filing Nos. 16, 17, 18, 85, 121.

5. Moreover, all defendants elected to hire attorneys who office outside of the city the case is pending trial in. In one case, the defendant elected to hire an attorney who lives and works outside of this district and is admitted to the Bar of the District of Nebraska on pro hac vice status for this case alone. See Filing Nos. 16, 17, 18, 76, 85, 121.

6. As noted in the motion for depositions, the government has been in communication with all lawyers regarding their availability for depositions in effort to best accommodate their schedules.

7. Additionally, the attorney who has the farthest distance to travel has taken a voluntary leave of absence from November 5 through the 17, making communication about his specific travel needs and potential other options for in person attendance extremely difficult on the current timeline.

8. It is not anticipated that this deposition will take more than a day.

The government respectfully requests that the Court rescind its order that it bear all reasonable travel and subsistence expenses for the defendants' attorneys and revisit that issue if needed upon separate motion.

        Respectfully Submitted,

        UNITED STATES OF AMERICA,

        LESLEY A. WOODS
        United States Attorney
        District of Nebraska

By:    s/ *Danielle J. Fliam*
        DANIELLE J. FLIAM, #25658
        Assistant U.S. Attorney
        487 Federal Building
        100 Centennial Mall North
        Lincoln, NE  68508
        Tel:  (402) 437-5241
        E-mail:  danielle.fliam@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

        s/ *Danielle J. Fliam*
        Assistant U.S. Attorney