# ATTACHMMENT A

2024 Cadillac Escalade (VIN: 1GYS4FKL6RR275737)

2022 Ford F-150 (VIN: 1FTFW1E86NKD21954)

2019 Land Rover Range Rover (VIN: SALYL2EX1KA210060)

2021 Honda Odyssey (VIN: 5FNRL6H72MB009647)

2025 Nissan Pathfinder (VIN: 5N1DR3DJ2SC201911)

2024 Honda CRV (VIN: 7FARS6H87RE062643)