IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KETANKUMAR CHAUDHARI, a/k/a Ken,<br>RASHMI SAMANI, a/k/a, Falguni Samani<br>AMIT P. CHAUDHARI,<br>AMIT B. CHAUDHARI, a/k/a Matt, and<br>MAHESHKUMAR CHAUDHARI, a/k/a Mahesh.<br><br>Defendants. | 4:25CR3071<br><br>MOTION TO RESTRICT ACCESS |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting the access to the Government's Motion to Release Material Witness as it contains information protected from public viewing in accordance with the law.

DATED this 4th day of February, 2026.

Respectfully submitted,

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:   s/ *Danielle J. Fliam*
DANIELLE J. FLIAM, #25658
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE   68508
Tel:   (402) 437-5241
Fax:   (402) 437-5390
E-mail:   danielle.fliam@usdoj.gov