

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | FEBRUARY 20, 2026 |
| U.S. v. KETANKUMAR CHAUDHARI, a/k/a KEN, RASHMI SAMANI, a/k/a FALGUNI SAMANI, AMIT P. CHAUDHARI a/k/a AMIT, AMIT B. CHAUDHARI, a/k/a MATT, MASHESHKUMAR CHAUDHARI, a/k/a MAHESH, HINABEN CHAUDHARI, and JAYESHKUMAR CHAUDHARI, 4:25CR3071 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA DANIELLE FLIAM |

Be advised that the above-named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**