IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    vs.<br><br>KETANKUMAR CHAUDHARI, RASHMI SAMANI, AMIT P. CHAUDHARI, AMIT B. CHAUDHARI, and MAHESHKUMAR CHAUDHARI,<br><br>               Defendant. | **4:25CR3071**<br><br><br>**ORDER** |

A telephone status conference was held today. During the telephone conference, defense counsel for Ketankumar Chaudhari, Rashmi Samani, Amit P. Chaudhari, and Amit B. Chaudhari notified the court that they need additional time to consider and decide whether to enter a guilty plea or go to trial and consider the propriety of pretrial motions. Defense counsel for Maheshkumar Chaudhari did not attend. Defendants Ketankumar Chaudhari, Rashmi Samani, and Amit B. Chaudhari moved to continue the status conference and set a pretrial motion deadline. The government and Defendant Amit P. Chaudhari did not object. After discussion among the parties, and for good cause shown, the oral motion to continue should be granted.  Accordingly,

IT IS ORDERED:

1) Pretrial motions and briefs shall be filed on or before May 29, 2026.

2) A telephonic conference with counsel will be held before the undersigned magistrate judge at 10:00 a.m. on June 4, 2026 to discuss setting the pretrial motions deadline, any change of plea hearing or the date of the jury trial. Counsel for the parties shall use the conferencing instructions provided by the court to participate in the call.

3) In accordance with 18 U.S.C. § 3161(h)(6), and (h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on June 4, 2026, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), and (h)(7)(A) & (B)(iv). In addition, this Court has deemed this case unusual and complex, and continues to find this matter is unusual and complex. 18 U.S.C. 3161(h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 15th day of April, 2026.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge