IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| vs. | | 4:25CR3071 |
| KETANKUMAR CHAUDHARI, a/k/a Ken, RASHMI SAMANI, a/k/a Rashmi AMIT P. CHAUDHARI, AMIT B. CHAUDHARI, a/k/a Matt, MAHESHKUMAR CHAUDHARI, a/k/a Mahesh, HINABEN CHAUDHARI, and JAYESHKUMAR CHAUDHARI, | | MOTION TO SEAL |
| Defendant. | | |

COMES NOW the Plaintiff, the United States of America, pursuant to NECrimR 12.4, and requests that it be allowed to file under seal its Index of Evidence that should not be made available to the public because it contains confidential information.

WHEREFORE, the Plaintiff, the United States of America, respectfully requests this Court to grant its Motion to Seal.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney

By:   s/ Mikala Purdy-Steenholdt
MIKALA PURDY-STEENHOLDT
(NY#5112289)
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: Mikala.Purdy-Steenholdt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties associated with this case.

s/ Mikala Purdy-Steenholdt
MIKALA PURDY-STEENHOLDT
Assistant U.S. Attorney