# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KETANKUMAR CHAUDHARI, et al.<br><br>                    Defendant. | **CASE NO.  4:25CR03071**<br><br><br>MOTION TO SEAL |

COMES NOW the Movant, Damilola Oluyole, and pursuant to NECrimR 12.4, and respectfully moves this Court for leave to file the exhibits in support of his Response under restricted access. The exhibits contain confidential information, including billing records and sensitive financial and transactional information, that should not be made available to the public.

WHEREFORE, the Movant, Damilola Oluyole, respectfully requests this Court to grant this Motion to Seal.

Dated this 6th day of May 2026.

                                        Respectfully Submitted,


                                        /s/ Dami J. Oluyole
                                        DAMI J. OLUYOLE, # 25149
                                        YOLE LAW P.C., L.L.O.
                                        ATTORNEYS & COUNSELORS AT LAW
                                        7930 BLONDO STREET, SUITE 100
                                        OMAHA, NE  68134
                                        T: (402) 915-9360
                                        C:(402) 880-9456
                                        F: (402) 403-1330
                                        E-MAIL: DAMMY@YOLELAW.COM

<u>CERTIFICATE OF SERVICE</u>

Damilola J. Oluyole, hereby certifies that the foregoing document was filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the registered participants on this 6th day of May, 2026.

_/s/ Dami J. Oluyole_
DAMI J. OLUYOLE, # 25149