**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KETANKUMAR CHAUDHARI a/k/a KEN, RASHMI SAMANI a/k/a FALGUNI SAMANI, AMIT P. CHAUDHARI, AMIT B. CHAUDHARI a/k/a MATT, and MAHESHKUMAR CHAUDHARI a/k/a MAHESH,<br><br>Defendants. | ) | 4:25CR3071<br><br>**MOTION TO DISMISS PROPERTY FROM ORDER ON JOINT MOTION FOR INTERLOCUTORY SALE OF SUBJECT PROPERTY** |

COMES NOW, Premier Bank, a party holding an interest in the property that is the subject of the Joint Motion for Interlocutory Sale of Property filed herein at Doc. 118 ("Joint Motion"), and the subject of the Order on Motion for Interlocutory Sale entered herein at Doc. 124 ("Order") and hereby moves the Court to dismiss the property commonly known as 1110 Fort Crook Road S., Bellevue, Nebraska 68005 from the Order and order that the Unted States release its *lis pendens* filed on the subject property, and in support hereof shows the Court as follows:

1. On November 10, 2025, Premier Bank, United States of America, Ketankumar Chaudhari a/k/a Ken, and Rashami Samani a/ka/ Falguni Samani filed the Motion pursuant to 21 U.S.C. § 853(e)(I)(A) and Federal Rule of Criminal Procedure 32.2(b)(7), seeking an order authorizing the immediate interlocutory sale of the subject property commonly known as 1110 Fort Crook Road S., Bellevue, Nebraska 68005, and legally described as follows:

FILED
U.S. DISTRICT COURT
2026 SEP 25 PM 12:25
OFFICE OF THE CLERK

Those portions of Lot 1, in TWIN RIDGE II, an Addition to the City of Bellevue, as surveyed, platted and recorded, in Sarpy County, Nebraska, known as Tax Lot 1 B2B1, more particularly described as follows:

Beginning at the Southeast corner of Tax Lot 1 B2B2 on the Westerly right-of-way line on frontage road lying on the West side of Highway 73-75; thence Southerly, on the Westerly right-of-way line of said frontage road, a distance of 155.94 feet, more or less, to the Southeast corner of Tax Lot 1 B2B1; thence Westerly, along the South line of Tax Lot 1 B2B1, a distance of 365.32 feet, more or less, to the Southwest corner thereof; thence Northerly, along the West line of Tax Lot 1 B2B1, a distance of 155.90 feet, more or less, to its point of intersection with the South line of Tax Lot 1 B2B2, projected Westward; thence Easterly, on the South line of Tax Lot 1 B2B2, and said line projected Westward, a distance of 366.99 feet, more or less, to the Point of Beginning;

Together with that part of said Lot 1 more particularly described as follows: Beginning at the Southwest corner of Tax Lot 1 B2B2; thence Westerly, on the South line of Tax Lot 1 B2B2, projected West, a distance of 150.09 feet, more or less, to the West line of Tax Lot 1 B2B1; thence Northerly, on said West line, a distance of 136.91 feet, to the South right-of-way line of Lloyd Street; thence Easterly, on said right-of-way line, a distance of 150.03 feet, more or less, to the Northwest corner of Tax Lot 1 B2B2; thence Southerly, along the West line of Tax Lot 1 B2B2, a distance of 136.91 feet, to the Point of Beginning;

And,

That part of Lot 1, in TWIN RIDGE II, an Addition to the City of Bellevue, as surveyed, platted and recorded, in Sarpy County, Nebraska, known as Tax Lots 1 B1 Band 1 B2A2, more particularly described as follows:

Beginning at the Northeastern most corner of Tax Lot 1 B2A, said point being on the South right-of-way line of Lloyd Street a distance of 510.42 feet, more or less, West of the center line of Highway 73-75; thence Southerly, along the East side of said Tax Lot 1 B2A, a distance of 293 feet, more or less, to the Southwest corner of Tax Lot 1 B2B1; thence Westerly, on the Southerly line of Tax Lot 1 B2B1, projected Westward, a distance of 256.55 feet, more or less, to its point of intersection with the Westerly line of Tax Lot 1 B1; hence Northerly, on said Westerly line a distance of 293 feet, more or less, to the Southerly right-of-way line of Lloyd Street; thence Easterly, on said Southerly right-of-way line, a distance of 256. 55 feet, more or less, to the Point of Beginning. (The subject property).

2. The basis for the Motion is contained therein and will not be repeated here.
3. Premier Bank is the beneficiary under a deed of trust encumbering the subject property, in the amount of $2,043,750.00, as more fully described in the Motion. The deed of trust was in default at the time of the Motion and remains in default as of the filing of this motion.
4. The Motion sought an order for interlocutory sale of the subject property with net proceeds resulting from such sale to be deposited in an interest-bearing account controlled by the United States Marshall Service.
5. This Court entered the Order on November 10, 2025.
6. Hospitality & Commercial Broker was retained to market and sell the subject property.

7. The improvements on the subject property had been demolished by the City of Bellevue prior to entry of the order and the subject property is now unimproved bare land subject not only to the lien of Premier Bank's deed of trust but also to the claim of the City of Bellevue for demolition costs expected to be approximately $250,000.00.
8. As of the date of the Order the subject property had past due property taxes in the amount of $36,648.23.
9. Since the entry of the Order, ten months ago, Hospitality & Commercial Brokers has attempted to sell the subject property with no success.
10. At the time of the entry of the order, the subject property was the subject of foreclosure proceedings initiated by Premier Bank.
11. As of the date of the Order, November 10, 2025, the unpaid principal balance on the loan secured by the deeds of trust was $1,962,386.86. Interest accrued thought that date amounted to $30,005.51. Interest continued to accrue from that date at the rate of $381.5752 per day. Interest accrued from November 10, 2025 through the date of this Motion, September 11, 2026 is $116,380.44. Thus, the total loan balance due as of September 11, 2026 is $2,108,772.81.
12. Interest continues to accrue at the rate of $381.5752 per day, and additional real estate taxes are being assessed against the property pending the sale of the subject property either by way of private sale or by completion of the foreclosure process.
13. The value of the property is less than the outstanding loan balance and therefore there will be no net proceeds available to deposit with the United States Marsahall Service.

14. In the meantime, interest continues to accrue and real estate taxes continue to accrue to the detriment of Premier Bank. Continued unsuccessful efforts to market and sell the property will result in unnecessary additional financial harm to Premier Bank.
15. Premier Bank desires to complete the foreclosure process and mitigate its losses, rather than stay the course and suffer increased losses.
16. There is no legitimate reason for Premier Bank to continue to suffer financially due to delay in disposing of the subject property.
17. For the foregoing reasons, Premier Bank respectfully requests an Order of this Court, dismissing the subject property from the Order on Motion for Interlocutory Sale of the subject property, and ordering that the United States release its *lis pendens* filed on the subject property.

WHEREFORE, Premier Bank, party in interest, hereby requests that the Court dismiss the subject property, commonly known as 1110 Fort Crook Road S., Bellevue, Nebraska 68005, from the Order on Motion for Interlocutory Sale (Doc. 124) or in the alternative, vacate the Order on Motion for Interlocutory Sale of the subject property, and order that the *lis pendens* on the subject property be released immediately.

PREMIER BANK,

By: */s/Craig A. Knickrehm*

Michael F. Kivett, #16287
Craig A. Knickrehm, #16595
Walentine O'Toole, LLP
PO Box 540125
11240 Davenport Street
Omaha, NE 68154
(402) 330-6300
mfkivett@walentineotoole.com
cknickrehm@walentineotoole.com
Attorneys for Premier Bank